# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Tiffany Slusser, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-4143-CV-C-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
|         Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed July 1, 2016, [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed July 1, 2015, [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $4,978.13.

                                                    */s/ John T. Maughmer*
                                                      **John T. Maughmer**
                                             **United States Magistrate Judge**